WENDY MEDURA KRINCEK, ESQ., Bar # 6417
KATHRYN B. BLAKEY, ESQ., Bar # 12701
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: wkrincek@littler.com
Email: kblakey@littler.com

Attorneys for Defendant
PRECISION OPINION, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELISHA PETERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>PRECISION OPINIONS, JUSTIN KOVACS as an individual and/or his official capacity and Other Doe DEFENDANTS 1-10,<br><br>    Defendant. | Case No. 2:17-cv-01005-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, DELISHA PETERSON, and Defendant, PRECISION OPINIONS, INC. through their undersigned counsel that

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

the above entitled matter be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 12th day of June, 2017.

| /s/ David Lee Phillips, Esq. | /s/ Kathryn B. Blakey, Esq. |
|---|---|
| David Lee Phillips, Esq. (SBN 0538) | Wendy M. Krincek, Esq. (SBN 6417) |
| 700 South 4th Street | Kathryn B. Blakey, Esq. (SBN 12701) |
| Las Vegas, NV 89101 | LITTLER MENDELSEN, P.C. |
| Tel: (702) 386-6000 | 3960 Howard Hughes Parkway, Suite 300 |
| *Attorney for Plaintiff* | Las Vegas, NV 89169-5937 |
| | Tel: (702) 862-8800 |
| | *Attorneys for Defendant* |

**ORDER**

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: June 13, 2017.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.